UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Robert Carl Gardner #770380,

    Plaintiff,

v.

Christy Negrinelli, et al.,

    Defendants,

_____/

Hon. Maarten Vermaat

Case No. 2:22-cv-0009-MV

## ORDER

This is a civil rights action brought by a pro se plaintiff under 42 U.S.C. § 1983. On September 23, 2022, an early mediation conference took place involving plaintiff. As a result of that mediation conference the parties have agreed to settle the matter in its entirety. (ECF No. 13). Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Robert Carl Gardner #770380, shall be waived, and the MDOC shall no longer collect plaintiff's remaining filing fee.

**IT IS SO ORDERED**.

Dated: November 1, 2022

                                                    /s/ *Maarten Vermaat*
                                                    Maarten Vermaat
                                                    United States Magistrate Judge